IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.                                                                NO.  2:25-CR-125-Z

PARIS OCTAVIAS DAVIDSON

## FACTUAL RESUME

In support of Paris Octavias Davidson's plea of guilty to the offense in Count One

of the indictment, Davidson, the defendant, Eric Coats, the defendant's attorney, and the

United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the indictment, charging a violation

of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), that is, Convicted Felon in Possession of

Firearms, the government must prove each of the following elements beyond a reasonable

doubt:[1]

> *First.* That the defendant knowingly possessed firearms as charged in the indictment;
>
> *Second.* That before the defendant possessed the firearms, the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year;
>
> *Third.* That the defendant knew he had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year; and

---

[1] Fifth Circuit Pattern Jury Instruction 2.43D (5th Cir. 2024 ed.).

**Paris Octavias Davidson**
**Factual Resume—Page 1**

*Fourth.*    That the firearms possessed traveled in interstate or foreign commerce; that is, before the defendant possessed the firearms, they had traveled at some time from one state to another or between any part of the United States and any other country.

## STIPULATED FACTS

1.    Paris Octavias Davidson, defendant, admits and agrees that on or about October 4, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, he was a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, and he did knowingly possess in or affecting interstate or foreign commerce, firearms, to wit, a Pioneer Arms Corporation, model Hellpup, 762 caliber rifle, serial number PAC1134316; and a Girsan, model MC 1911 S, .45 caliber pistol, serial number T6368-23AB03135, knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(8).

2.    On October 4, 2025, Amarillo Police Department (APD) officers responded to a 911 call reporting that a black male had pointed a rifle at a woman at the Toot N Totum located at 4500 S. Western Street, Amarillo, Texas. The caller reported that the male was driving a silver BMW and had departed the location heading westbound on SW 45th Avenue.  Within minutes, Randall County Sheriff's Office (RCSO) deputies located the BMW in the parking lot located at 4412 S. Western, Amarillo, Texas. APD officers responded to assist. A felony stop was conducted, and the driver of the vehicle was identified as Paris Octavias Davidson.  Davidson was detained without incident.

Paris Octavias Davidson
Factual Resume—Page 2

3.      During a probable cause search of the BMW, a black Pioneer Arms Corporation, model Hellpup, 762 caliber rifle, serial number PAC1134316, was located on the rear passenger floorboard. The rifle had a loaded drum magazine and one round chambered. Officers also located a Girsan, model MC 1911 S, .45 caliber pistol, serial number T6368-23AB03135, inside the glove compartment with a loaded 10-round magazine.

4.      During transport to the detention center, Davidson made several unsolicited statements to officers. Davidson admitted that he possessed firearms for protection and claimed he believed he was legally allowed to have guns "after eight years out of prison." Davidson acknowledged that he had prior felony convictions.

5.      Before Davidson possessed the above-described firearms, he had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense, and he knew he had been convicted of a felony offense. Specifically, the defendant was convicted of the felony offense of robbery in El Paso County, Texas, on February 4, 2013, in cause number 20120D03340.

6.      Davidson admits that the firearms functioned as designed and, therefore, were or could readily have been put in operating condition.  Further, Davidson admits that the firearms were not manufactured in the State of Texas.  For example, the Pioneer Arms Corporation, model Hellpup, 762 caliber rifle, serial number PAC1134316, was manufactured in Poland.  Because the firearm was found in Texas on October 4, 2025, it must have traveled in or affected interstate or foreign commerce; that is, before the

Paris Octavias Davidson
Factual Resume—Page 3

defendant possessed the firearm, it had traveled at some time between any part of the United States or a foreign country.

7.    The defendant agrees that the defendant committed all the essential elements of the offense.  This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case.  The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the indictment.

8.    The defendant further admits and agrees that he possessed the above-described firearms in violation of 18 U.S.C. § 922(g)(1) and they are, therefore, subject to forfeiture, pursuant to 18 U.S.C. § 924(d), including any additional ammunition, magazines, or accessories recovered with the firearms.

AGREED TO AND STIPULATED on this 22nd day of _____January_____, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
Paris Octavias Davidson
Defendant

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel:  806-324-2356
Fax:  806-324-2399
Email:  anna.bell@usdoj.gov

_____
Eric Coats
Attorney for Defendant

Paris Octavias Davidson
**Factual Resume—Page 4**